In re Petition of Anton J. Vesely under the Insolvent Debtors' Act. Fred H. Meyer, respondent, appellant. Gen. No. 34,540.

Opinion filed March 24, 1931.

Guerine & Brust, for appellant; Guy C. Guerine and Sidney R. Tarkoff, of counsel. No appearance for appellee.

Mr. Presiding Justice Scanlan delivered the opinion of the court.

Inger Andersen, appellee, v. Jacob Klein, appellant. Gen. No. 34,576.

Opinion filed March 24, 1931.

Cassels, Potter & Bentley, for appellant; Kenneth B. Hawkins, of counsel. William Y. Baird, for appellee.

Mr. Presiding Justice Scanlan delivered the opinion of the court.

Richard J. Laffey, appellee, v. City of Chicago, appellant. Gen. No. 34,607.

Opinion filed March 24, 1931.

Samuel A. Ettelson, Corporation Counsel, and William D. Saltiel, City Attorney, for appellant; Samuel L. Golan, Assistant City Attorney, and Roy S. Gaskill, Assistant Corporation Counsel, of counsel. Murphy O. Tate and Lloyd T. Bailey, for appellee.

Mr. Presiding Justice Scanlan delivered the opinion of the court.